Curtis R. Hussey, Esq.  (USB #5488)
Hussey Law Firm, LLC
82 Plantation Pointe Road #288
Fairhope, AL  36532
Telephone:  (801) 358-9231
E-mail: chussey@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Laurie Roof

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| Laurie Roof, | : |
| | : |
| Plaintiff, | : Civil Action No.: 2:19-cv-00444-TS-PMW |
| v. | : |
| Synchrony Bank; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Synchrony Bank without prejudice and without costs to any party.

| Laurie Roof | Synchrony Bank |
|---|---|
| ___/s/ Curtis R. Hussey_____ | __/s/ Aaron Waite_____ |
| Curtis R. Hussey, Esq. | Aaron Waite, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Curtis R. Hussey
      Curtis R. Hussey